**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7524**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

KEON MOSES, a/k/a Black,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine  C.  Blake,  District Judge.
(1:02-cr-00410-CCB-2; 1:09-cv-00628-CCB)

Submitted: March 15, 2011          Decided:  March 18, 2011

Before  MOTZ  and  WYNN,  Circuit  Judges,  and  HAMILTON,  Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Keon Moses, Appellant Pro Se.   Andrea L. Smith, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keon Moses seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Moses has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Moses' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before the court and argument would not aid the decisional process.

DISMISSED